**UNITED STATES COURT OF INTERNATIONAL TRADE**
**Before: The Honorable Claire R. Kelly, Judge**

| | |
|---|---|
| **Novolipetsk Steel Public Joint Stock Company and NOVEX Trading (Swiss) SA,** ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Court No. 20-00031** |
| **United States,** ) | |
| **Defendant,** ) | |
| **and,** ) | |
| **Nucor Corporation and Steel Dynamics Inc.,** ) | |
| **Defendant-Intervenors.** ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Novolipetsk Steel Public Joint Stock Company and

NOVEX Trading (Swiss) SA, hereby appeal to the United States Court of Appeals for the

Federal Circuit ("CAFC") the final judgment in Ct. No. 20-00031, entered on April 13, 2021

(ECF No. 86), including Slip Op. 21-41 dated April 13, 2021.

Respectfully submitted,

/s/ Valerie Ellis

**CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP**
1717 Pennsylvania Ave.
N.W. Washington, D.C.
20006
Tel. (202) 452-7345

June 14, 2021